

**NUMBER 13-14-00698-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF E.L., M.R., AND H.R., CHILDREN

---

**On appeal from the 156th District Court
of San Patricio County, Texas.**

---

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellant's brief in this matter was due on January 5, 2015. *See* TEX. R. APP. P. 38.6(a). Appellant has neither filed a brief nor a motion for extension of time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). This Court is directed to ensure "as far as reasonably possible" that such appeals are brought

to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, this Court does not favor motions for extension of time to file the record or briefs. In accordance with the limited time for consideration of these appeals, it is the policy of this Court to limit extensions of time to file a brief to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we ORDER appellant's counsel, Hon. Joel H. Thomas, to file appellant's brief within TEN days of the date of this order. No further extensions of time will be granted absent truly exigent and extraordinary circumstances. The Clerk of this Court is ORDERED to serve a copy of this order on appellant by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
7th day of January, 2015.

2